# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39137**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Troy D. ECKLUND**
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 22 August 2017

————————————

*Military Judge:* J. Wesley Moore (arraignment); Andrew Kalavanos.

*Approved sentence:* Dishonorable discharge, confinement for 12 years, and reduction to E-1. Sentence adjudged 21 April 2016 by GCM convened at Moody Air Force Base, Georgia.

*For Appellant:* Major Melissa Biedermann, USAF; Captain Patricia Encarnación Miranda, USAF.

*For Appellee:* Major Mary Ellen Payne, USAF; Major Meredith L. Steer, USAF; Captain Matthew L. Tusing, USAF; Gerald R. Bruce, Esquire.

Before HARDING, SPERANZA, and C. BROWN, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.[*]

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court

---

[*] The General Court-Martial Order (CMO) incorrectly identifies 22 April 2016 as the date the sentence was adjudged. Accordingly, we order a corrected CMO.